[No. 30523-2-II.   Division Two.   October 19, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD RAY WHITTAKER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-1-03908-3, Kitty-Ann van Doorninck, J., entered June 13, 2003. *Affirmed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Morgan and Bridgewater, JJ.

[No. 30550-0-II.   Division Two.   October 19, 2004.]

CHRISTINE HANSON, *Appellant*, v. M. PHILLIP HUTSON, D.D.S., P.S., *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-2-13954-5, Lisa R. Worswick, J., entered June 27, 20032. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton and Armstrong, JJ.

[No. 30640-9-II.   Division Two.   October 19, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL GIFFORD HAZEL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 03-1-01139-6, D. Gary Steiner, J., entered July 24, 2003. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Armstrong and Hunt, JJ.

[No. 30655-7-II.   Division Two.   October 19, 2004.]

*In the Matter of the Marriage of* IRA ROBERT SEIGEL, *Respondent*, and LISA ANN LOEW, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 01-3-01445-1, Anna M. Laurie, J., entered July 16, 2003. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Quinn-Brintnall, C.J., and Bridgewater, J.